CHRISTINA GUEROLA SARCHIO (pro hac vice)
Email: christina.sarchio@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006-1110
Telephone: +1 202 261 3300
Facsimile: +1 202 261 3333

FRIEDRICH-WILHELM SACHSE (pro hac vice)
Email: will.sachse@dechert.com
DECHERT LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
Telephone: +1 215 994 2496
Facsimile: +1 215 994 2222

KENNETH M. COCHRAN (SBN 325426)
Email: kenny.cochran@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Attorneys for Defendant
GSK CONSUMER HEALTH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHAUNA SEALE, an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>GSK CONSUMER HEALTH, INC.,<br><br>Defendant. | Case No. 2:23-CV-00842-AB-MRW<br><br>**DECLARATION OF KENNETH M. COCHRAN IN SUPPORT OF DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>Honorable Michael R. Wilner<br><br>Hearing Date: July 5, 2023<br>Hearing Time: 9:30 A.M.<br>Courtroom: 550 |

I, Kenneth M. Cochran, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate with the law firm of Dechert LLP and counsel of record for GSK Consumer Health, Inc. (now d/b/a "Haleon") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify competently under oath thereto.

2. I submit this declaration in support of Haleon's Motion to Stay Discovery (the "Motion").

3. Attached hereto as **Exhibit A** is a is a true and correct copy of excerpts of Plaintiff's First Set of Requests for Production of Documents dated May 18, 2023.

4. Despite a rush order, the hearing transcript of the May 23, 2023 hearing on Defendant's Motion to Dismiss and Motion to Strike was not available as of the time of this filing. The characterization of the hearing set forth in the Motion is accurate and Haleon will file pertinent portions of a copy of the official transcript with its reply brief in support of the Motion, or earlier if requested by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of June, 2023, at Los Angeles, California.

          */s/ Kenny Cochran*
          Kenneth M. Cochran

# Exhibit A

# REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All DOCUMENTS constituting or reflecting YOUR current and past document retention/destruction policies.

**REQUEST FOR PRODUCTION NO. 2:**

DOCUMENTS sufficient to show YOUR corporate structure and relationship with any parent or subsidiary companies.

**REQUEST FOR PRODUCTION NO. 3:**

DOCUMENTS sufficient to show YOUR internal corporate organization, INCLUDING IDENTIFYING persons employed or retained by YOU who were responsible for advertising, labeling, marketing, and pricing of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS sufficient to show YOUR total annual sales in dollars of the PRODUCTS sold in the United States and California each year during the CLASS PERIOD, broken down by PRODUCT and calendar year.

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS sufficient to identify YOUR average wholesale prices for sales of the PRODUCTS sold in the United States and California during the CLASS PERIOD, broken down by PRODUCT and calendar year.

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS sufficient to show total United States and California retail unit sales of the PRODUCTS during the CLASS PERIOD, broken down by PRODUCT and calendar year.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS sufficient to show the average retail prices for sales of the PRODUCTS sold in the United States and California during the CLASS PERIOD, broken down by PRODUCT and calendar year.

6

*Seale v. GSK Consumer Health, Inc.*, Case No. 2:23-CV-00842-AB-MRW
PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON
DEFENDANT GSK CONSUMER HEALTH, INC.

Exhibit A

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS sufficient to identify YOUR average gross profit per unit for sales of the PRODUCTS sold in the United States and California during the CLASS PERIOD, broken down by PRODUCT and calendar year.

**REQUEST FOR PRODUCTION NO. 9:**

DOCUMENTS sufficient to show YOUR suggested retail price for sales of the PRODUCTS sold in the United States and California during the CLASS PERIOD, broken down by PRODUCT and calendar year.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS that reflect or discuss IRI, SPINS, and AC Nielson reports and data RELATING TO the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 11:**

DOCUMENTS sufficient to IDENTIFY all retailers of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 12:**

DOCUMENTS sufficient to IDENTIFY all distributors of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 13:**

ALL DOCUMENTS that discuss, refer to, or otherwise reflect the rationale(s) for pricing the PRODUCTS at their given price point at any time during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS and COMMUNICATIONS concerning the prices charged by YOUR competitors for similar PRODUCTS.

**REQUEST FOR PRODUCTION NO. 15:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, studies, or analyses, relating to any price increase, price premium, or amount of money consumers are willing to pay for the PRODUCTS.

7

*Seale v. GSK Consumer Health, Inc.*, Case No. 2:23-CV-00842-AB-MRW
PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON DEFENDANT GSK CONSUMER HEALTH, INC.

Exhibit A

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS RELATING TO any price differential attributable to the presence or absence of any of the following labeling statements on Children's PRODUCT labels.

1. The word "children"
2. The phrase(s) "For Ages 2+," "For Ages 3+," or "For Ages 4+"
3. Any illustration, including but not limited to, cartoon-like illustrations of children, bears, bees, or inanimate fruit
4. The phrase "Suggested use: Children..."

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS, INCLUDING all consumer surveys, marketing studies, testing, or research conducted or reviewed by YOU RELATING TO consumer interpretation of the marketing and advertising of the PRODUCTS.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS, INCLUDING all consumer surveys, marketing studies, testing, or research conducted or reviewed by YOU RELATING TO marketing and advertising of cough relief products to children and marketing and advertising of cough relief products to adults.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce color copies of all labels and product packaging in use at any time during the CLASS PERIOD for the PRODUCTS.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce color copies of all labeling and packaging specification sheets, mock ups, and label design plans for the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 21:**

All DOCUMENTS RELATING TO any changes in labeling of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 22:**

8

*Seale v. GSK Consumer Health, Inc.*, Case No. 2:23-CV-00842-AB-MRW
PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS ON DEFENDANT GSK CONSUMER HEALTH, INC.

Exhibit A

Please produce all DOCUMENTS containing or reflecting internal company COMMUNICATIONS regarding proposed or actual labeling statements used for the PRODUCTS, specifically including any DOCUMENTS discussing or referring to the potential or intended impact upon consumer perceptions of the PRODUCTS.

**REQUEST FOR PRODUCTION NO. 23:**

All marketing agreements, marketing proposals, or other contracts entered into between YOU and any other PERSON RELATING TO the advertising or marketing of the PRODUCTS.

**REQUEST FOR PRODUCTION NO. 24:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any PERSON who has been involved with the marketing, advertising, and labeling of the PRODUCTS during the past five years.

**REQUEST FOR PRODUCTION NO. 25:**

All DOCUMENTS and COMMUNICATIONS RELATING TO any differences or comparisons between the PRODUCTS, including the labeling and formulation of each of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 26:**

All DOCUMENTS RELATING TO any changes in the formulation of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 27:**

Please produce all DOCUMENTS and COMMUNICATIONS that discuss, refer to, or otherwise reflect the ideal, potential, desired or actual consumer demographic(s) for each of the PRODUCTS.

**REQUEST FOR PRODUCTION NO. 28:**

All customer lists and other DOCUMENTS that IDENTIFY purchasers of the PRODUCTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 29:**

All customer complaints regarding the PRODUCTS during the CLASS

PERIOD.

**REQUEST FOR PRODUCTION NO. 30:**

All deposition transcripts, interrogatory responses, responses to requests for admission, responses to requests for production of documents, and all other written discovery materials that YOU have produced in connection with any other lawsuit in which YOU have been a party RELATING TO the PRODUCTS.

**REQUEST FOR PRODUCTION NO. 31:**

All COMMUNICATIONS between YOU and the Federal Trade Commission that pertain in any way to the advertising, marketing, or labeling of the PRODUCTS as "Children's" products.

**REQUEST FOR PRODUCTION NO. 32:**

All of YOUR insurance policies, regardless of coverage.

**REQUEST FOR PRODUCTION NO. 33:**

Color copies of all robitussin.com webpages RELATING TO the PRODUCTS during the CLASS PERIOD, including but not limited to webpages displaying the PRODUCTS and their descriptions, and web flows to arrive at PRODUCT pages.

Dated: May 18, 2023                             Respectfully Submitted,


/s/ *Ronald A. Marron*
Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ron@consumersadvocates.com
MICHAEL T. HOUCHIN
mike@consumersadvocates.com
LILACH HALPERIN
lilach@consumersadvocates.com